UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| HEB Grocery Company, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-17-2810 |
| | § | |
| Todd Meagher, et al., | § | |
| | § | |
| Defendants. | § | |

## Order Setting Hearing

1.      A hearing will be held on:

October 19, 2018,
at 3:00 p.m. in
Courtroom 11-c, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002

2.      Discovery is stayed pending the outcome of the hearing. (89)

Signed on October 18, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge